abuse of discretion the denial of a motion to reopen and reconsider. *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir.2005). We deny the petition for review.

The BIA acted within its discretion in denying Uribe–Espinosa's motion as untimely because it was filed nearly three years after the BIA's May 3, 2005, final removal order, *see* 8 C.F.R. § 1003.2(c)(2) (motion to reopen must be filed within 90 days of the entry of a final administrative order of removal); 8 C.F.R. § 1003.2(b)(2) (motion to reconsider must be filed within 30 days of the entry of a final administrative order of removal), and Uribe–Espinosa does not contend he is entitled to equitable tolling, *see Iturribarria v. INS,* 321 F.3d 889, 897 (9th Cir.2003) (deadline can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

**FENGSHAN AN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70247.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2010.*

Filed Dec. 13, 2010.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).